1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY GEIS (CASBN 181444)
   Assistant U.S. Attorney
5
       450 Golden Gate Ave (11th Floor)
6      San Francisco, CA 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
    UNITED STATES OF AMERICA,          )   CRIMINAL NO.
13                                     )
          Plaintiff,                   )       3-07 70331
14                                     )   NOTICE OF PROCEEDINGS ON
          v.                           )   OUT-OF-DISTRICT CRIMINAL
15                                     )   CHARGES PURSUANT TO RULES
    TAI WAI DAVID CHU, DAKON           )   5(c)(2) AND (3) OF THE FEDERAL RULES
16  INTERNATIONAL, HENRY C.D.          )   OF CRIMINAL PROCEDURE
    YIP, T.P. COMPANY,                 )
17                                     )
          Defendants.                  )
18                                     )
                                       )
19

20     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21  Procedure that on June 7, 2007, the above-named defendants were arrested based upon arrest

22  warrants (copies attached) issued upon

23     ☒  Indictment

24     ☐  Information

25     ☐  Criminal Complaint

26     ☐  Other

27  pending in the Central District of California, Case Number CR 07-00449.

28

1  Defendants are charged with conspiracy, in violation of Title 18, United States Code,
2  Section 371.
3  Brief Description of Charges: The Defendants are alleged to have engaged in a conspiracy
4  to violate 16 U.S.C. §§ 3372(d) & 3373(d)(3)(A) (relating to false identification of Vietnamese
5  catfish); 18 U.S.C. § 542 (false statements in a declaration); 18 U.S.C. § 545 (importation of
6  merchandise contrary to law); 18 U.S.C. § 541 (effecting an entry of goods by payment of less
7  than the amount of duty legally due); and 21 U.S.C. §§ 331(a), (c) & 333(a)(2) (relating to
8  introduction into interstate commerce of misbranded and adulterated Vietnamese catfish).

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: _____6/7/07_____

STACEY P. GEIS
Assistant U.S. Attorney