AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>TAI WI DAVID CHU | FILED<br>JUN 8 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-07-70331 BZ | CR07-00449 | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
   X Indictment    ☐ Information    ☐ Complaint    Other (specify)

charging a violation of    18    U.S.C. §   371

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Conspiracy

**CURRENT BOND STATUS:**

  X Bail fixed at    $50,000.00 P/R    and defendant is released on bond
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
  X Other (specify)    The defendant admitted to being the person charged in the Central District of California. Defendant Bond, if any, shall be transferred to the District of Offense - waived identity/removal hearing

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | CJA Attorney    None |
|---|---|---|---|

| Interpreter | ☐ No | X Yes | Language: Cantonese |
|---|---|---|---|

Defendant did not complete a financial affidavit for appointment of counsel.

7 June 07
Date

_[signature]_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |